UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re: Linda L. Norden
    Debtor(s)

Case No. 03-13190
Chapter   13

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

    It appearing that the funds from the uncashed dividend check in the amount of $950.03 **Payable to Linda L. Norden** a creditor in this case, was deposited in the Registry Account of the Court, and that the proper recipient for said funds has now been located by a (petitioner and the owner).  **Linda L. Norden**
        **46 Westwood Ave.**
        **Cranston, RI 02905**

    IT IS HEREBY ORDERED that the Clerk of the Bankruptcy Court shall disburse said funds on deposit in the Registry Account to the Petitioner and the Owner in the amount specified above.

Enter                                          So Ordered:

_____              AE_____
Bankruptcy Judge                          Deputy Clerk
Dated: 9/3/08